■ CHARLES MCPHEETERS, Appellant, v CYNTHIA MCPHEETERS, Respondent. (Appeal No. 2.) [726 NYS2d 897] —Order unanimously affirmed without costs. Same Memorandum as in *McPheeters v McPheeters* ([appeal No. 1] 284 AD2d 968 [decided herewith]). (Appeal from Order of Supreme Court, Erie County,

O'Donnell, J.—Counsel Fees.) Present—Pine, J. P., Wisner, Kehoe and Burns, JJ.